UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAIQUAN K. FALLS,

                          Plaintiff,

               -against-

M. DEMSHECK; A. RODRIGUEZ; MARK
MILLER; JOHN DOE, DOCCS
EMPLOYEE/TIER ASSISTANT; JOHN DOE,
SHU CORRECTION OFFICER; JOHN/JANE
DOE, MBR REVIEW OFFICER; JOHN/JANE
DOE, SECURITY SUPERVISOR; JOHN/JANE
DOE, DEPUTY COMMISSIONER FOR
CORRECTIONAL FACILITIES,

                          Defendants.

26-CV-2868 (JGLC)

ORDER OF SERVICE

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff, who currently is incarcerated at Five Points Correctional Facility, brings this action *pro se*, under 42 U.S.C. §§ 1981, 1983, and 1985–1986, alleging that Defendants violated his due process rights. He sues officials employed by the New York State Department of Corrections and Community Supervision ("DOCCS") at Green Haven Correctional Facility who allegedly deprived him of his rights, including several unidentified John/Jane Doe defendants.

By order dated April 10, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] For the reasons that follow, the Court: (1) directs the Office of the New York State Attorney General, under *Valentin v. Dinkins*, to identify the Doe Defendants; (2) notifies Defendants that Local Civil Rule 33.2 applies to this action; and (3) directs service on Defendants Demsheck, Rodriguez, and Miller.

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

## DISCUSSION

**A.    The Doe Defendants**

Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Complaint, Plaintiff supplies sufficient information to permit DOCCS to identify unidentified John and Jane Doe Defendants who Plaintiff names as defendants. They include:

1. John Doe, DOCCS employee/tier assistant, who was allegedly assigned to assist Plaintiff during his disciplinary proceedings (ECF No. 1, at 3);

2. John Doe, SHU correction officer, who is alleged to have arrived at Plaintiff's SHU cell to notify him that he intended to escort Plaintiff to his hearing and who allegedly reported that Plaintiff had refused to be escorted (*id.*);

3. John/Jane Doe, MBR Review Officer, who was responsible for ascertaining whether Plaintiff should remain confined in the SHU (*id.*);

4. John/Jane Doe, security supervisor, who was "responsible for making a request to the superintendent at the Green Haven Correctional Facility in writing to receive authorization to place the Plaintiff in the Green Haven Correctional Facility's Special Housing Unit" (*id.* at 4); and

5. John/Jane Doe, deputy commissioner for correctional facilities, who was "responsible for approving whether the Plaintiff's confinement at the Green Haven Correctional Facility's Special Housing Unit should be extended beyond 48 hours" (*id.*).

It is therefore ordered that the Office of the New York State Attorney General, which is the attorney for and agent of DOCCS, must ascertain the identity and badge number of each of the unidentified John/Jane Doe defendants whom Plaintiff seeks to sue here and the addresses

2

where they may be served. The Office of the New York State Attorney General must provide this information to Plaintiff and the Court by **June 15, 2026**.

By **July 15, 2026**, Plaintiff must file an amended complaint naming as defendants the newly identified individuals. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing on the newly identified defendants via the U.S. Marshals Service.

**B.      Local Civil Rule 33.2**

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, unless a dispositive motion is filed, Defendants Demsheck, Rodriguez, and Miller must serve responses to these standard discovery requests. In their responses, Defendants Demsheck, Rodriguez, and Miller must quote each request verbatim.[2]

**C.      Service on Defendants**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[3] *Walker v. Schult*, 717 F.3d. 119, 123 n.6

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.

[3] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date Choose an item..

(2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Demsheck, Rodriguez, and Miller through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these Defendants. The Clerk of Court is further instructed to issue summonses for these Defendants and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon each of these Defendants.

If the complaint is not served on these Defendants within 90 days after the date the summonses for these Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants Demsheck, Rodriguez, and Miller, complete the USM-285 form with the address for each of these Defendants, and deliver all documents necessary to effect service of a summons and the complaint on these Defendants to the U.S. Marshals Service.

The Clerk of Court is also directed to mail a copy of this Order and the Complaint to the Office of the New York State Attorney General at: Managing Attorney's Office, 28 Liberty Street, New York, NY 10005.

5

An amended complaint form is attached to this order. Local Civil Rule 33.2 applies to this action.

The Clerk of Court is further directed to mail an information package, together with this Order, to Plaintiff.

SO ORDERED.

Dated:   April 15, 2026
         White Plains, New York

_____
JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.  M. Demscheck
    Green Haven Correctional Facility
    594 Rt. 216
    Stormville, NY 12582

2.  A. Rodriguez
    Green Haven Correctional Facility
    594 Rt. 216
    Stormville, NY 12582

3.  Mark Miller
    Green Haven Correctional Facility
    594 Rt. 216
    Stormville, NY 12582

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____

(Include case number if one has been assigned)

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
    (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
  (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____
First Name              Middle Initial          Last Name

_____
Street Address

_____
County, City                    State              Zip Code

_____
Telephone Number                Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 2:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 3:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                          State                          Zip Code

Defendant 4:
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                    State                Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

## IV.  RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Street Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.