UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RAIQUAN K. FALLS,

Plaintiff,

-against-

M. DEMSHECK, et al.,

Defendants.

-----------------------------------------------------------x

26 Civ. 2868 (JGLC) (AEK)

**ORDER**

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On April 16, 2026, the Clerk of Court issued summonses as to Defendants M. Demsheck, Mark Miller, and A. Rodriguez. Accordingly, as set forth in the Court's Order of Service, the deadline to serve the complaint on these defendants was July 15, 2026. *See* ECF No. 7 at 4. There is no indication on the docket that the complaint has been served on these defendants by the U.S. Marshals Service. It was therefore Plaintiff's obligation to request an extension of time for service of the complaint, *see id.*, but he has not done so.

Separately, on June 15, 2026, Defendant's counsel filed his response to the Court's *Valentin* order, providing the names and titles of individuals who had been identified in the original complaint as "John/Jane Doe"; a copy of this response was served on Plaintiff by mail. *See* ECF Nos. 10, 11. As set forth in the Order of Service, Plaintiff's deadline to file an amended complaint naming the newly identified individuals as defendants was July 15, 2026. *See* ECF No. 7 at 3. Plaintiff has not filed an amended complaint, nor has he sought an extension of time in which to do so.

The Court, on its own accord, hereby extends the deadline for Plaintiff to file his amended complaint to **September 2, 2026**. In addition, the Court, on its own accord, also hereby extends the deadline for service of the original complaint on the three defendants named in the original complaint to **September 16, 2026**.

**If Plaintiff believes that further extensions of these deadlines are necessary, it is his responsibility to submit applications for extensions to the Court.**

Dated: August 4, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge